UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMPQUA BANK,<br><br>    Defendant. | Case No. 20-cv-05905-RS (AGT)<br><br>**ORDER RE:** *IN CAMERA* **REVIEW**<br>Re: Dkt. Nos. 47, 52, 55 |

By August 23, 2021, Umpqua Bank shall provide the Court with copies of all documents withheld based on the Suspicious Activity Report privilege. Umpqua may use a secure file link to do so. The link should be sent to agtcrd@cand.uscourts.gov. As requested, Umpqua may also provide the Court with a confidential spreadsheet that itemizes the documents and provides a brief explanation as to why the SAR privilege applies. The Court may order Umpqua to provide plaintiffs with enough information to respond to any comments made in such a spreadsheet, but that determination will be made at a later date.

**IT IS SO ORDERED.**

Dated: August 17, 2021

ALEX G. TSE
United States Magistrate Judge