UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al., <br>     Plaintiffs, <br> v. <br> UMPQUA BANK, <br>     Defendant. | Case No. 20-cv-05905-RS <br><br> **ORDER EXTENDING SCHEDULE BY 60 DAYS** |

Plaintiffs' request to extend the existing schedule is granted to the extent that the dates will be continued by 60 days, with any deadlines that may fall on non-court days to be extended to the following court day.

**IT IS SO ORDERED**.

Dated: October 19, 2021

_____
RICHARD SEEBORG
Chief United States District Judge