UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELA CAMENISCH, et al.,

Plaintiffs,

v.

UMPQUA BANK,

Defendant.

Case No. 20-cv-05905-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. Nos. 66, 69

To the extent that the named plaintiffs used text messages to communicate with "other investors in any PFI or PISF entity," or with "any member of any class alleged in the Complaint," Dkt. 66 at 1 (quoting RFP Nos. 7 & 32), they must produce those messages *if* the messages also include one or more of the eighteen search terms proposed by Umpqua, *see id.*, Ex. A.  The messages are likely to relate to class members' investments in PFI and PISF, a relevant topic; Umpqua's search terms are sufficiently tailored to reduce the risk that irrelevant personal text messages will be produced; and the burdens of the production shouldn't outweigh the potential benefits.  The text messages can be downloaded and searched, *see* Dkt. 69 at 1, and although some may need to be cross-checked against a list of phone numbers for PFI and PISF investors, this process is estimated to take only around a week.

On or before February 2, 2022, the named plaintiffs must comply with this order and produce the text messages in question in a format that complies with the parties' negotiated ESI protocol.

**IT IS SO ORDERED.**

Dated: January 12, 2022

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California