UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UMPQUA BANK,<br><br>　　　　Defendant. | Case No. 20-cv-05905-RS<br><br>**ORDER RE SCHEDULING OF SUMMARY JUDGMENT MOTION** |

Defendant has filed an administrative motion asking for a briefing schedule to be set that will allow its planned motion for summary judgment to be heard on June 9, 2022, the same date set for plaintiff's motion for class certification. Under the rules, defendant may file its motion for summary judgment anytime between now and May 5, 2022, and set it for hearing on June 9, 2022. In the event plaintiffs would like to have more than the two weeks provided by the rules to prepare their opposition to any such motion, the parties may stipulate to any extended briefing schedule, as long as there is at least two weeks between the filing of the reply and the hearing date.

**IT IS SO ORDERED**.

Dated: March 3, 2022

_____
RICHARD SEEBORG
Chief United States District Judge