UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELA CAMENISCH, et al.,

    Plaintiffs,

v.

UMPQUA BANK,

    Defendant.

Case No. 20-cv-05905-RS

**ORDER RE SCHEDULING**

Plaintiffs filed a motion seeking an order setting briefing schedules and hearing dates with respect to defendant's anticipated motion for summary judgment and defendant's motion to exclude testimony of plaintiff's damages expert offered to support class certification. The parties subsequently stipulated to a schedule for briefing the motion to exclude. As to the summary judgment motion, defendant offered to provide additional time, but strenuously opposes plaintiff's attempt to have it postponed until after the class certification motion is heard.

The motions will not be heard on separate dates. Plaintiffs alternatively request that the motions all be heard on August 25, 2022. While that may be later than defendant would prefer, all the motions will be heard on that date. The parties remain free to negotiate any extended briefing schedules for any matters not already fully briefed, as long as reply briefs are filed no less than two weeks prior to the hearing. If the parties cannot reach agreement, the timing provisions of the local rules and/or existing stipulated schedules will apply—no further requests for court intervention in setting briefing schedules will be entertained.

**IT IS SO ORDERED**.

Dated: April 21, 2022

_____
RICHARD SEEBORG
Chief United States District Judge