**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo, Esq. (SBN 254228)
abaiardo@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**REED SMITH LLP**
Kasey J. Curtis (SBN 268173)
kcurtis@reedsmith.com
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8089
Facsimile: 213.457.8080

*Attorneys for Defendant Umpqua Bank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Shela Camenisch and Dale Dean; Luna Baron; and Eva King, Individually and as Trustee of the Eva M. King Trust, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>Umpqua Bank,<br><br>          Defendant. | CASE NO.: 3:20-cv-05905-RS<br><br>Judge Richard Seeborg<br><br>**ORDER ON STIPULATION ON DEADLINES FOR THE PARTIES' CLASS CERTIFICATION AND SUMMARY JUDGMENT BRIEFING** |

# ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefore, hereby orders that the following schedule take effect:

- Plaintiffs' reply in support of class certification: May 27, 2022
- Umpqua's summary judgment motion: June 2, 2022
- Plaintiffs' opposition to Umpqua's summary judgment motion: July 14, 2022
- Umpqua's reply in support of summary judgment: August 11, 2022
- Hearing on Umpqua's summary judgment motion, Umpqua's motion to exclude, and Plaintiffs' class certification motion: August 25, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 11, 2022

_____
RICHARD SEEBORG
Chief United States District Judge