UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UMPQUA BANK,<br><br>  Defendant. | Case No. 20-cv-05905-RS (AGT)<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 112 |

Plaintiffs propose to seal, in the parties' joint discovery letter (dkt. 113), "only the names and any other personally identifiable information (PII) of putative class members and their relatives." Dkt. 115 at 2. Plaintiffs' request is granted. The public doesn't need to have access to the names and PII of the putative class members and their relatives to understand the discovery dispute. And keeping this information under seal will protect non-party privacy rights.

By August 9, 2022, Umpqua must file a public version of the discovery letter and the accompanying exhibits in compliance with this order.

**IT IS SO ORDERED.**

Dated: August 4, 2022

ALEX G. TSE
United States Magistrate Judge