UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UMPQUA BANK,<br><br>    Defendant. | Case No. 20-cv-05905-RS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION AND PERMITTING SUPPLEMENTAL REPLY** |

Good cause appearing, defendant's administrative motion for leave to submit recently produced documents and a three-page supplemental brief in opposition to the motion for class certification is granted. Exhibits A and B to the administrative motion (Dkt. No. 137-1) are deemed filed as part of defendant's opposition. Plaintiff may file a supplemental reply, not to exceed three pages, no later than September 19, 2022.

**IT IS SO ORDERED**.

Dated: September 12, 2022

_____
RICHARD SEEBORG
Chief United States District Judge