UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al., <br>     Plaintiffs, <br>   v. <br> UMPQUA BANK, <br>     Defendant. | Case No. 20-cv-05905-RS |
| PETER A BAGATELOS, et al., <br>     Plaintiffs, <br>   v. <br> UMPQUA BANK, <br>     Defendant. | Case No. 23-cv-02759-RS <br><br> **DISCOVERY REFERRAL** |

By order entered August 8, 2023, these two actions were consolidated for purposes of trial. All discovery issues in the consolidated proceedings, whether arising in connection with *Camenisch* or *Bagatelos*, including Docket Nos. 45 and 49 in *Bagatelos*, are referred to Magistrate Judge Tse for disposition.

**IT IS SO ORDERED**.

Dated: January 4, 2024

_____
RICHARD SEEBORG
Chief United States District Judge