Amy M. Zeman (SBN 273100)
Linda P. Lam (SBN 301461)
E. Wynne Tidwell (SBN 348179)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
amz@classlawgroup.com
lpl@classlawgroup.com
ewt@classlawgroup.com

(additional counsel on signature page)

*Counsel for Plaintiffs and the Camenisch Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA BANK,<br><br>Defendant. | Case No. 3:20-cv-5905-RS (AGT)<br><br>Judge: Hon. Richard Seeborg<br><br>**NOTICE OF CHANGE IN COUNSEL** |
| PETER A. BAGATELOS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UMPQUA BANK,<br><br>Defendant. | Case No. 3:23-cv-2759-RS (AGT) |

PLEASE TAKE NOTICE, that GEOFFREY A. MUNROE formerly of Gibbs Law Group LLP has changed firms and service should now be directed to him at:

Geoffrey A. Munroe
Law Offices of Geoffrey A. Munroe
1435 Broad Street
San Luis Obispo, CA 93401
gam@munroe-law.com

Mr. Munroe remains counsel of record in this matter.

Dated: March 18, 2024

By: /s/ Amy M. Zeman

Amy M. Zeman (SBN 273100)
Linda P. Lam (SBN 301461)
E. Wynne Tidwell (SBN 348179)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
amz@classlawgroup.com
lpl@classlawgroup.com
ewt@classlawgroup.com

Scott L. Silver (*pro hac vice*)
Peter M. Spett (*pro hac vice*)
Ryan A. Schwamm (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954-755-4799
ssilver@silverlaw.com
pspett@silverlaw.com
rschwamm@silverlaw.com

Geoffrey A. Munroe (SBN 228590)
**LAW OFFICES OF GEOFFREY A. MUNROE**
1435 Broad Street
San Luis Obispo, CA 93401
Telephone: 925-788-8493
gam@munroe-law.com

*Counsel for Plaintiffs and the Camenisch Class*