UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br>   Plaintiffs,<br> v.<br>UMPQUA BANK,<br>   Defendant. | Case No. 20-cv-05905-RS |
| PETER A BAGATELOS, et al.,<br>   Plaintiffs,<br> v.<br>UMPQUA BANK,<br>   Defendant. | Case No. 23-cv-02759-RS<br><br>**ORDER MODIFYING SCHEDULING** |

In these actions, which have been consolidated for trial, defendant Umpqua Bank seeks a 60-day extension of all remaining deadlines and dates, including the trial date, asserting that certain third-party discovery it has been conducting in the *Bagatelos* action remains uncompleted and has given rise to some potential disputes yet to be resolved. Umpqua has not shown that a blanket 60-day extension is warranted at this juncture. Good cause appearing, the briefing schedule for the choice-of-law motion and any other dispositive motions is extended by two weeks, such that the motions shall be filed by April 23, 2024, the oppositions by May 21, 2024, and the replies by June 11, 2024. The hearing shall be continued by one week, to June 20, 2024.

The deadline for initial expert disclosures is extended by two weeks, to May 3, 2024. All other deadlines and scheduled deadlines shall remain in place.

**IT IS SO ORDERED**.

Dated: April 1, 2024

_____
RICHARD SEEBORG
Chief United States District Judge