UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>UMPQUA BANK,<br><br>          Defendant. | Case No. 20-cv-05905-RS<br><br>**ORDER CLARIFYING BRIEFING FORMAT** |

Each side may submit as many *in limine* motions as it in good faith believes are appropriate. All the motions each side wishes to present shall be filed in a single, omnibus, document. The text devoted to each motion within those respective omnibus documents shall not exceed four pages. Each side may file an omnibus opposition, with no more than four pages addressing each motion. No replies shall be filed.

**IT IS SO ORDERED**.

Dated: July 18, 2024

_____
RICHARD SEEBORG
Chief United States District Judge