Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
**STOLL BERNE**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com

Kasey J. Curtis (SBN 268173)
Charles P. Hyun (SBN 307817)
Kathryn Bayes (SBN 334864)
kcurtis@reedsmith.com
chyun@reedsmith.com
kbayes@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8089
Facsimile: (213) 457-8080

*Attorneys for Defendant Umpqua Bank*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELA CAMENISCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UMPQUA BANK, <br><br> Defendant. | CASE NO.: 3:20-cv-05905-RS <br><br> Judge Richard G. Seeborg <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT UMPQUA BANK'S ADMINISTRATIVE MOTION TO PERMIT REMOTE APPEARANCE** <br><br> Trial Date:  April 28, 2025 |

1  The Court, having considered Defendant Umpqua Bank's Administrative Motion to
2  Permit Remote Appearance, the accompanying declaration of Kasey J. Curtis, Plaintiffs'
3  opposition thereto, and good cause appearing therefore, hereby order as follows:
4  Kasey J. Curtis may appear via Zoom at the hearing on Umpqua's post-trial motions
5  scheduled for April 3, 2025 at 10:00 am.
6  **IT IS ORDERED.**

9  Dated: _____  _____
10  Hon. Richard Seeborg
   Chief District Court Judge

- 1 -   CASE NO.: 3:20-cv-05905-RS
[PROPOSED] ORDER GRANTING DEFENDANT UMPQUA BANK'S REQUEST TO PERMIT REMOTE APPEARANCE