Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
**STOLL BERNE**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com

Kasey J. Curtis (SBN 268173)
Charles P. Hyun (SBN 307817)
Kathryn Bayes (SBN 334864)
kcurtis@reedsmith.com
chyun@reedsmith.com
kbayes@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8089
Facsimile: (213) 457-8080

*Attorneys for Defendant Umpqua Bank*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELA CAMENISCH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UMPQUA BANK,<br><br>Defendant. | CASE NO.: 3:20-cv-05905-RS<br><br>Judge Richard G. Seeborg<br><br>[PROPOSED] ORDER GRANTING DEFENDANT UMPQUA BANK'S ADMINISTRATIVE MOTION TO PERMIT REMOTE APPEARANCE<br><br>Trial Date: April 28, 2025 |

The Court, having considered Defendant Umpqua Bank's Administrative Motion to Permit Remote Appearance, the accompanying declaration of Kasey J. Curtis, Plaintiffs' opposition thereto, and good cause appearing therefore, hereby order as follows:

Kasey J. Curtis may appear via Zoom at the hearing on Umpqua's post-trial motions scheduled for April 3, 2025 at 10:00 am.

**IT IS ORDERED.**

Dated: March 17, 2025

Hon. ~~Richard Seeborg~~ P. Casey Pitts
~~Chief~~ District Court Judge