Keith Ketterling (*pro hac vice*)
Lydia Anderson-Dana (*pro hac vice*)
Madeleine Holmes (*pro hac vice*)
Erin E. Roycroft (*pro hac vice*)
**STOLL BERNE**
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kketterling@stollberne.com
landersondana@stollberne.com
mholmes@stollberne.com
eroycroft@stollberne.com

(Additional counsel on signature page)

*Counsel for Defendant Umpqua Bank*

Amy M. Zeman (SBN 273100)
Linda P. Lam (SBN 301461)
E. Wynne Tidwell (SBN 348179)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
amz@classlawgroup.com
lpl@classlawgroup.com
ewt@classlawgroup.com

(Additional counsel on signature page)

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELA CAMENISCH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UMPQUA BANK, <br><br> Defendant. | CASE NO.: 5:20-cv-05905-PCP <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Hon. P. Casey Pitts |

1    Plaintiffs Shela Camenisch, Dale Dean, Luna Baron, and Eva King individually and as
2 Trustee of the Eva M. King Trust ("Plaintiffs") and Defendant Umpqua Bank ("Umpqua")
3 (collectively, the "Parties"), by and through their undersigned counsel, hereby give the Court
4 notice that the Parties have reached a settlement to resolve this action in its entirety on a classwide
5 basis.

6    The Parties respectfully request that all pending hearing and trial dates be vacated. The
7 Parties are in the process of finalizing a settlement agreement. Plaintiffs anticipate filing their
8 motion for preliminary settlement approval on May 1, 2025 or soon thereafter.

10 Dated: March 27, 2025                                Respectfully Submitted,

11                                                     By: */s/ Kasey J. Curtis*
                                                       Keith Ketterling (*pro hac vice*)
12                                                     Lydia Anderson-Dana (*pro hac vice*)
13                                                     Madeleine Holmes (*pro hac vice*)
                                                       Erin E. Roycroft (*pro hac vice*)
14                                                     **STOLL BERNE**
                                                       209 SW Oak Street, Suite 500
15                                                     Portland, OR 97204
                                                       Telephone: (503) 227-1600
16                                                     Facsimile: (503) 227-6840
                                                       kketterling@stollberne.com
17                                                     landersondana@stollberne.com
                                                       mholmes@stollberne.com
18                                                     eroycroft@stollberne.com

19
                                                       Kasey J. Curtis (SBN 268173)
20                                                     Charles P. Hyun (SBN 307817)
                                                       Kathryn M. Bayes (SBN 334864)
21                                                     Katherine P. Goetz (SBN 346205)
22                                                     **REED SMITH LLP**
                                                       515 Flower Street, Suite 4300
23                                                     Los Angeles, CA 90071
                                                       Telephone: (213) 457-8089
24                                                     Facsimile: (213) 457-8080
                                                       kcurtis@reedsmith.com
25                                                     chyun@reedsmith.com
                                                       kbayes@reedsmith.com
26                                                     kgoetz@reedsmith.com
27
                                                       *Attorneys for Defendant Umpqua Bank*
28

| | | |
|---|---|---|
| 1 | Dated: March 27, 2025 | By: */s/ Amy M. Zeman* |
| 2 | | Amy M. Zeman (SBN 273100) |
| | | Linda P. Lam (SBN 301461) |
| 3 | | E. Wynne Tidwell (SBN 348179) |
| | | **GIBBS MURA LLP** |
| 4 | | 1111 Broadway, Suite 2100 |
| | | Oakland, California 94607 |
| 5 | | Telephone: (510) 350-9700 |
| | | amz@classlawgroup.com |
| 6 | | lpl@classlawgroup.com |
| 7 | | ewt@classlawgroup.com |

Scott L. Silver (*pro hac vice*)
Peter M. Spett (*pro hac vice*)
Ryan A. Schwamm (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954-755-4799
ssilver@silverlaw.com
pspett@silverlaw.com
rschwamm@silverlaw.com

Geoffrey A. Munroe (SBN 228590)
**LAW OFFICE OF**
**GEOFFREY A. MUNROE**
1435 Broad Street
San Luis Obispo, CA 93401
Telephone: 925-788-8493
gam@munroe-law.com

*Counsel for Plaintiffs and the Class*